FILED by ____ D.C.
ELECTRONIC

JUL 6, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| PROB 22 (Rev. 2/88) | | DOCKE S1 07-( | |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | |
| **11-20114-TP-COOKE/TURNOFF** | | DOCKE | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION | |
|---|---|---|---|
| Alex Lukov <br><br> Bal Harbor, FL | SOUTHERN DISTRICT OF NEW YORK | Supervision | |
| | NAME OF SENTENCING JUDGE <br> Richard J. Sullivan | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM <br> March 2, 2011 | TO <br> March 1, 2016 |

**OFFENSE**

Conspiracy to Commit Bank Fraud {18 U.S.C. 1349}, a Class B Felony.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/4/11
_____          _____
Date                             United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Florida

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/21/2011
_____          _____
Effective Date                   United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v -

ALEX LUKOV,
    a/k/a "Oleg,"
    a/k/a "Alex Lukovos,"

                  Defendant.

- - - - - - - - - - - - - - - - x

**07 CRIM. 850**
INDICTMENT

07 Cr. 850 (RJS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 10 2007

### COUNT ONE

The Grand Jury charges:

1. From in or about June 2005 up to and including in or about January 2006, in the Southern District of New York and elsewhere, ALEX LUKOV, a/k/a "Oleg," a/k/a "Alex Lukovos," the defendant, and others known and unknown, unlawfully, wilfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Title 18, United States Code, Sections 1341 and 1343.

2. It was a part and an object of the conspiracy that ALEX LUKOV, a/k/a "Oleg," a/k/a "Alex Lukovos," the defendant, and others known and unknown, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses,

representations and promises, for the purpose of executing such scheme and artifice and attempting so to do, unlawfully, willfully and knowingly would and did place in a post office and authorized depository for mail matter, matters and things to be sent and delivered by the Postal Service, and would and did take and receive therefrom, such matters and things, and would and did knowingly cause to be delivered by mail according to the direction thereon, and at the place at which it was directed to be delivered by the person to whom it was addressed, such matters and things, in violation of Title 18, United States Code, Section 1341.

    3. It was further a part and an object of the conspiracy that ALEX LUKOV, a/k/a "Oleg," a/k/a "Alex Lukovos," the defendant, and others known and unknown, unlawfully, willfully and knowingly would and did devise a scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses representations and promises, and for the purpose of executing such schemes and attempting to do so, would and did transmit and cause to be transmitted by means of wire and radio communication in interstate and foreign commerce, writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

MEANS OF THE CONSPIRACY

    4. It was a means of the conspiracy that ALEX LUKOV,

2

a/k/a "Oleg," a/k/a "Alex Lukovos," the defendant, submitted, caused to be submitted, and aided and abetted others to submit, false financial information to lending institutions and others in order to procure loans for the purchase of residential real estate.

## OVERT ACTS

5. In furtherance of the conspiracy, and to effect the objects thereof, ALEX LUKOV, a/k/a "Oleg," a/k/a "Alex Lukovos," the defendant, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

a. In or about September 2005, ALEX LUKOV, a/k/a "Oleg," a/k/a "Alex Lukovos," caused materially false statements to be made and used in connection with another individual's application for a mortgage loan for the purchase of a property in Sullivan County, New York.

b. On or about October 28, 2005, LUKOV attended a real estate closing in Brooklyn, New York for the purchase of a property located in Sullivan County, New York.

c. On or about October 28, 2005, LUKOV caused a form to be sent by facsimile from Brooklyn, New York to a representative of a lending institution who was located in California.

d. On or about December 30, 2005, LUKOV caused a

3

mortgage for a property located in Sullivan County, New York to be sent by the Postal Service from Brooklyn, New York to California.

(Title 18, United States Code, Section 1349.)

### COUNT TWO

(Wire Fraud re: 330 Old Tacy Road, Kauneonga Lake, New York)

The Grand Jury further charges:

6. In or about October 2005, in the Southern District of New York and elsewhere, ALEX LUKOV, a/k/a "Oleg," a/k/a "Alex Lukovos," unlawfully, willfully, and knowingly did devise a scheme and artifice to defraud and to obtain property by means of false and fraudulent pretenses and representations, to wit, a scheme to obtain home mortgage and/or equity loans totaling approximately $475,000 for a property in Sullivan County, New York, by, among other things, submitting and causing to be submitted to BNC Mortgage Company documents containing false representations and material omissions about, among other things, the mortgage applicant's employment and income and interest in the property, and did transmit and cause to be transmitted by means of wire and radio communication in interstate commerce, a writing, sign, signal, picture and sound, to wit, LUKOV caused to be submitted documents by interstate facsimile and other means, including a facsimile on or about October 28, 2005 from Brooklyn,

4

New York to a representative of BNC Mortgage Company in California.

      (Title 18, United States Code, Sections 1343 and 2.)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

5

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

ALEX LUKOV,
a/k/a "Oleg,"
a/k/a "Alex Lukovos,"

Defendant.

---

### INDICTMENT

07 Cr.

(Title 18, United States Code,
Sections 1341, 1343, 1349 and 2.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

9/10/07

(Indictment Filed, case
assigned to Judge Sullivan

F. Maas, USMJ

Case 1:07-cr-008__-RJS   Document 22   Filed 12/18/2008   Page 1 of 6

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

**AMENDED** *(see page 2)*

UNITED STATES OF AMERICA
v.
**Alex Lukov**
*also known as* Alex Lukovos
*also known as* Oleg

JUDGMENT IN A CRIMINAL CASE

Case Number: 07 cr 850
USM Number: 48681-053

Lawrence Hochheiser, Esq.
Defendant's Attorney

**THE DEFENDANT:**

x pleaded guilty to count(s)   1 of the Superseding Indictment.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| T 18 USC 1344 | Conspiracy to commit Bank Fraud | | S1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
x Count(s)   Open   ☐ is   xx are dismissed on the motion of the United States.
x Underlying Indictment(s) _____   x is   ☐ are dismissed on the motion of the United States.
☐ Motion(s) _____   ☐ is   ☐ are denied as moot.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
__ FILED: 12/18/08__

Date of Imposition of Judgment   Nov. 6, 2008

Signature of Judge

Name and Title of Judge   RICHARD J. SULLIVAN, U.S.D.J.

Date   12/17/08

AO 245B   (Rev. 06/05) Judgment in Criminal Case
          Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: Alex Lukov also known as Alex Lukovos also known as Oleg
CASE NUMBER: 07 cr 850

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 20 months.

☒ The court makes the following recommendations to the Bureau of Prisons:
The court notes the defendant's request to be designated to a facility close to Florida, specifically Pensacola, due to family circumstances.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☒ before 2 p.m. on   January 5, 2009.
   ☒ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  1-5-09  to  FCI MIAMI
a _____ , with a certified copy of this judgment.

                                          for Warden Pastrana
                                          UNITED STATES MARSHAL

                                       By  V.M.A. Lawrence
                                          DEPUTY UNITED STATES MARSHAL

Case 1:07-cr-00850-RJS  Document 22  Filed 12/18/2008  Page 3 of 6

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __6__

DEFENDANT: Alex Lukov also known as Alex Lukovos also known as Oleg
CASE NUMBER: 07 cr 850

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :  five years.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

x  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page __4__ of __6__

DEFENDANT:   Alex Lukov also known as Alex Lukovos also known as Oleg
CASE NUMBER:   07 cr 850

## SPECIAL CONDITIONS OF SUPERVISION

✓ The defendant shall provide the probation officer with access to any requested financial information.

✓ The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

The defendant shall obey the immigration laws and comply with the directives of immigration authorities.

The defendant is to report to the nearest Probation Office within 72 hours of release from custody.

The defendant shall be supervised by the district of residence.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Case 1:07-cr-0085.-RJS   Document 22   Filed 12/18/2008   Page 5 of 6

Judgment — Page 5 of 6

DEFENDANT: Alex Lukov also known as Alex Lukovos also known as Oleg
CASE NUMBER: 07 cr 850

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | Fine | Restitution |
|--------|------------|------|-------------|
| TOTALS | $ 100.00   | $0   | $ 118,921.23 |

x  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee      | Total Loss*  | Restitution Ordered | Priority or Percentage |
|--------------------|--------------|---------------------|------------------------|
| National City Bank | $118,921.23  | $118,921.23         |                        |

*Instructed on 2/17/11 by USPO Grice*

x _[signature]_

| TOTALS | $ $118,921.23 | $ $118,921.23 |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

x  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐  the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐  the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Case 1:07-cr-00850-RJS   Document 22   Filed 12/18/2008   Page 6 of 6

Judgment — Page 6 of 6

DEFENDANT: Alex Lukov also known as Alex Lukovos also known as Oleg
CASE NUMBER: 07 cr 850

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  x  Lump sum payment of $ 100.00 due immediately, balance due

  ☐ not later than _____, or
  ☐ in accordance  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E     Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED, ECF, PRIOR

# U.S. District Court
## Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:07-cr-00850-RJS All Defendants

| | |
|---|---|
| Case title: USA v. Lukov | Date Filed: 09/10/2007 |
| Magistrate judge case number: 1:07-mj-01089-UA | Date Terminated: 11/20/2008 |

Assigned to: Judge Richard J. Sullivan

### Defendant (1)

**Alex Lukov**
*TERMINATED: 11/20/2008*
*also known as*
Alex Lukovos
*TERMINATED: 11/20/2008*
*also known as*
Oleg
*TERMINATED: 11/20/2008*

represented by **Lawrence Hochheiser**
Hochheiser, Hochheiser, & Inwood LLP
15 Maiden Lane, Suite 1500
New York, NY 10038
(212)-689-4343
Fax: (212)-481-3424
Email: lh@hochheiser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

FEDERAL STATUTES, OTHER - (Title 18 USC Section 1349: Conspiracy to commit mail & wire fraud.)
(1s)

LOAN AND CREDIT APPLICATIONS GENERALLY - (Title 18 USC Sections 1014 and 2.)
(8s)

### Disposition

Imprisonment: 20 months. Supervised Release: 5 years.

Count dismissed on the motion of the U.S.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

18:1349.F CONSPIRACY TO COMMIT FRAUD BY WIRE, RADIO, OR TELEVISION OR MAIL
(1)

18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION
(2)

FRAUD BY WIRE, RADIO, OR TELEVISION - (Title 18 USC Sections 1343 and 2.)
(2s-3s)

FRAUDS AND SWINDLES - (Title 18 USC

### Disposition

Count dismissed on the motion of the U.S.

Count dismissed on the motion of the U.S.

Counts dismissed on the motion of the U.S.

| Sections 1341 and 2.) | |
|---|---|
| (4s-5s) | |
| BANK FRAUD - (Title 18 USC Sections 1344 and 2.) | Counts dismissed on the motion of the U.S. |
| (6s-7s) | Counts dismissed on the motion of the U.S. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:1343.FRAUD BY WIRE, RADIO, OR TELEVISION. | |

**Plaintiff**

USA            represented by   **Jonathan Brian New**
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007
212-637-1049
Fax: 212-637-2527
Email: jnew@bakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2007 | 1 | COMPLAINT as to Alex Lukov (1) in violation of 18 U.S.C. 1349.. (Signed by Judge Frank Maas ) (gq) [1:07-mj-01089-UA] (Entered: 07/11/2007) |
| 07/10/2007 | | Arrest of Alex Lukov. (gq) [1:07-mj-01089-UA] (Entered: 07/11/2007) |
| 07/10/2007 | 3 | Arrest Warrant Returned Executed on 7/10/2007 as to Alex Lukov. (gq) [1:07-mj-01089-UA] (Entered: 07/11/2007) |
| 07/10/2007 | 4 | NOTICE OF ATTORNEY APPEARANCE: Lawrence Hochheiser appearing for Alex Lukov. (gq) [1:07-mj-01089-UA] (Entered: 07/11/2007) |
| 07/10/2007 | | Minute Entry for proceedings held before Judge Theodore H. Katz :Initial Appearance as to Alex Lukov held on 7/10/2007. Deft appears with atty Lawrence Hochheiser. AUSA Jonathan New present for the gov't. $1 Million PRB. 5 FRP. $750,000 cash/property. Travel restricted to SDNY, EDNY. Surrender travel documents (& no new applications). Regular pretrial supervision. Deft to be released upon following conditions: 2 co-signers: wife & brother-in-law. 3 additional FRP's and remaining conditions to be met by 7/20/2007. Preliminary Examination set for 8/9/2007 at 10:00 AM before Judge Unassigned. (gq) [1:07-mj-01089-UA] (Entered: 07/11/2007) |
| 07/10/2007 | 5 | PRB APPEARANCE Bond Entered as to Alex Lukov in amount of $1,000,000. 5 FRP'S. Secured BY $750,000 cash/property. Travel restricted to to SDNY, EDNY. Surrender travel documents (& no new applications). Regular pretrial supervision. Deft to be released upon following conditions: 2 co-signers: wife and brother-in-law. Three additional FRP's and remaining conditions to be met by: 7/20/07. (gq) [1:07-mj-01089-UA] (Entered: 07/11/2007) |
| 07/10/2007 | 6 | ADVICE OF PENALTIES AND SANCTIONS as to Alex Lukov. (gq) [1:07-mj-01089-UA] |

| | | |
|---|---|---|
| | | (Entered: 07/1●●07) |
| 08/09/2007 | 7 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Alex Lukov. Time excluded from 8/9/07 until 9/10/07. (Signed by Judge Kevin Nathaniel Fox on 8/9/07)(vb) [1:07-mj-01089-UA] (Entered: 08/15/2007) |
| 09/10/2007 | 8 | INDICTMENT FILED as to Alex Lukov (1) count(s) 1, 2. (jm) (Entered: 09/11/2007) |
| 09/10/2007 | | Case Designated ECF as to Alex Lukov. (jm) (Entered: 09/11/2007) |
| 09/17/2007 | | Minute Entry for proceedings held before Judge Frank Maas :Arraignment on Disposition Sheet as to Alex Lukov (1) Count 1,2 held on 9/17/2007. Deft present with atty Larry Hochheiser. AUSA Jonathan New present. Deft counsel to notify sureties in writing by 9/20/07 of charges in bail conditions. Time excluded through 9/26/07. Bail limits extended to include DNJ. Deft to may travel to Ma with prior approval of PTS & USAO. Conference set for 9/26/07 at 10am. (jw) (Entered: 09/20/2007) |
| 09/17/2007 | | Minute Entry for proceedings held before Judge Frank Maas : Plea entered by Alex Lukov (1) Count 1,2 Not Guilty. (jw) (Entered: 09/20/2007) |
| 09/17/2007 | | Minute Entry for proceedings held before Judge Frank Maas : as to Alex Lukov; Status Conference set for 9/26/2007 at 10:00 AM before Magistrate Judge Frank Maas. (jw) (Entered: 09/21/2007) |
| 09/26/2007 | | Minute Entry for proceedings held before Judge Richard J. Sullivan :Status Conference as to Alex Lukov held on 9/26/2007. Dft present with atty Lawrence Hochheiser, AUSA Katherine Goldstein, Court Reporter Kristin Sellin. Discovery to be turned over by 10/12/2007. Further status conference set for 11/13/2007 at 4:30 p.m. Speedy trial order excluding the time from 9/26/2007 to 11/13/2007. (jar) (Entered: 10/05/2007) |
| 09/26/2007 | | ORAL ORDER as to Alex Lukov Time excluded from 9/26/2007 until 11/13/2007, Status Conference set for 11/13/2007 at 04:30 PM before Judge Richard J. Sullivan. (Signed by Judge Richard J. Sullivan on 9/26/2007)(jar) (Entered: 10/05/2007) |
| 09/26/2007 | | Minute Entry for proceedings held before Judge Richard J. Sullivan :Status Conference as to Alex Lukov held on 9/26/2007. Dft Alex Lukov present w/atty Lawrence Hochheiser. AUSA Katherine Goldstein present. Discovery due by 10/12/2007. Further Status Conference set for 11/13/2007 at 04:30 PM before Judge Richard J. Sullivan. T/E from 9/26/07 to 11/13/07. (ja) (Entered: 10/09/2007) |
| 11/05/2007 | 9 | ENDORSED LETTER as to Alex Lukov, addressed to Judge Sullivan, from Lawrence Hochheiser, Atty for dft, dated 11/5/07, re: confirming that the status conference has been changed from Tuesday, November 13, 2007 at 4:30 p.m. to Wednesday, November 14, 2007 at 4 p.m. AUSA Jonathan B. New consents. -- Judge endorsed: Time excluded pursuant to 18 USC 3161(h)(8)(A) to 11/14. SO ORDERED. Status Conference set for 11/14/2007 at 04:00 PM before Judge Richard J. Sullivan. (Signed by Judge Richard J. Sullivan on 11/6/07)(ja) (Entered: 11/07/2007) |
| 11/14/2007 | | Minute Entry for proceedings held before Judge Richard J. Sullivan:Status Conference as to Alex Lukov held on 11/14/2007. Dft Alex Lukov present w/atty Lawrence Hochheiser, AUSA Jonathan New present, Crt rptr present. Motions if any are due by 12/17/2007; Govt's Response due by 1/7/2008; further Status Conference set for 1/14/2008 at 10:00 AM before Judge Richard J. Sullivan.) Speedy trial order excluding the time from 11/13/08 to 1/14/08. Bail cont'd under the same terms and conditions. (Court Reporter Linda Fisher) (ja) (Entered: 11/27/2007) |
| 01/09/2008 | 10 | (S1) SUPERSEDING INDICTMENT FILED as to Alex Lukov (1) count(s) 1s, 2s-3s, 4s-5s, 6s-7s, 8s. (bw) (Entered: 01/10/2008) |
| 01/14/2008 | | Minute Entry for proceedings held before Judge Richard J. Sullivan:Arraignment as to Alex |

| | | |
|---|---|---|
| | | Lukov (1) Counts,2s-3s,4s-5s,6s-7s,8s held on 1/14/20●● Deft present with atty Lawrence Hochheiser. AUSA Jonathan New present. Court reporter Joe Quinones present. Case Manager Eileen Levine present. Case called. Deft arraigned on superseding indictment and pleads not guilty at this time. Status conference held. Motions in limine and joint proposed voir dire, exhibit list and witness list and requests to charge to be submitted by March 6. 404(b) in limine motions to be filed by March 10. Further status at March 13 at 2:30pm. Jury selection and trial set for March 18. Speedy trial order excluding the time from 1/14/08 to 3/18/08. Entered on the record. (jw) (Entered: 01/16/2008) |
| 01/14/2008 | | Minute Entry for proceedings held before Judge Richard J. Sullivan: Plea entered by Alex Lukov (1) Count 1s,2s-3s,4s-5s,6s-7s,8s Not Guilty. (jw) (Entered: 01/16/2008) |
| 01/14/2008 | | Minute Entry for proceedings held before Judge Richard J. Sullivan:Status Conference as to Alex Lukov held on 1/14/2008, as to Alex Lukov( Status Conference set for 3/13/2008 at 02:30 PM before Judge Richard J. Sullivan., Jury Trial set for 3/18/2008 before Judge Richard J. Sullivan.) (jw) (Entered: 01/16/2008) |
| 01/15/2008 | 11 | ORDER as to Alex Lukov., as to Alex Lukov( Pretrial Conference set for 3/13/2008 at 02:30 PM before Judge Richard J. Sullivan. Jury Trial set for 3/18/2008 at 09:30 AM before Judge Richard J. Sullivan.)Jury selection and trial shall commence on March 18, 2008 at 9:30am. The parties shall submit joint proposed voir dire questions and a joint proposed jury charge to the Court not later than March 6, 2008. The Government shall submit to the defendant and to the Court its exhibit list and any 404(b) evidence not later than March 6, 2008. Motions in limine shall be filed no later than March 10, 2008. (Signed by Judge Richard J. Sullivan on 1/14/08)(jw) (Entered: 01/15/2008) |
| 02/22/2008 | 12 | ENDORSED LETTER as to Alex Lukov addressed to Judge Sullivan from Attorney Lawrence Hochheiser dated 2/19/08 re: submitted to request for (approximately) a 30-day adjournment of the trial (and scheduled pretrial matters) in this case, currently set for 3/18/08. ENDORSEMENT: Request denied. The parties are to appear for a conference on March 3, 2008 at 3:00 p.m. (Signed by Judge Richard J. Sullivan on 2/20/08)(bw) (Entered: 02/25/2008) |
| 02/22/2008 | | Set/Reset Hearings as to Alex Lukov: Pretrial Conference set for 3/3/2008 at 03:00 PM before Judge Richard J. Sullivan.(bw) (Entered: 02/25/2008) |
| 03/03/2008 | | Minute Entry for proceedings held before Judge Richard J. Sullivan:Status Conference as to Alex Lukov held on 3/3/2008, as to Alex Lukov( Final Pretrial Conference set for 4/3/2008 at 11:00 AM before Judge Richard J. Sullivan.) Deft Alex Lukov present with atty Lawrence Hochheiser. AUSA Jonathan New & Kathleen Goldstein present. Court reporter Martha Drevis present. Case Manager Eileen Levine present. Counsel for all sides present. Deft's motion to adjourn the trial is argued and granted. Jury selection and trial set for April 7. Exhibit list and witness list and requests to charge to be submitted by March 27. 404(b) in limine motions to be filed by March 31. Final pretrial conference set for April 3 at 11am. Speedy trial order excluding the time from 3/3/08 to 4/7/08. Entered on the record. (jw) (Entered: 03/10/2008) |
| 03/24/2008 | | Minute Entry for proceedings held before Judge Richard J. Sullivan:Change of Plea Hearing as to Alex Lukov held on 3/24/2008. Dest pres w/atty Lawrence Hochheiser; AUSA Jonathan New pres. Deft advises that he wishes to withdraw previously entered plea of not guilty. Deft sworn and advised of rights and waives rights. Deft pleads GUILTY to count #1 of the superseding indt. The court finds a factual basis for the plea and accepts the plea of GUILTY. Probation notified. Sentence set for 8/18/08 @ 4:30pm. Deft remains on bail pending sentence. (Court Reporter Alana Lynch) (pr) (Entered: 03/31/2008) |
| 03/24/2008 | | Change of Not Guilty Plea to Guilty Plea as to Alex Lukov (1) Count 1s. (pr) (Entered: 03/31/2008) |
| 03/24/2008 | | Minute Entry for proceedings held before Judge Richard J. Sullivan: Plea entered by Alex |

| | | |
|---|---|---|
| | | Lukov (1) Guilty as to Count 1s. (pr) (Entered: 03/31/2008) |
| 03/24/2008 | | ORAL ORDER as to Alex Lukov, Order of Referral to Probation for Presentence Investigation and Report as to Alex Lukov, As to Alex Lukov( Sentencing set for 8/18/2008 at 04:30 PM before Judge Richard J. Sullivan.). (By Judge Richard J. Sullivan on 3/24/08)(pr) (Entered: 03/31/2008) |
| 03/27/2008 | 13 | ENDORSED LETTER as to Alex Lukov addressed to Judge Sullivan from Attorney Lawrence Hochheiser dated 3/25/08 re: submitted to request an extension of Mr. Alex Lukov's bail limits to include the state of Florida, allowing him to travel to and from Florida without seeking prior permission, provided that he notifies AUSA Jonathan New and his Pre-trial Services officer in advance of each New York-Florida round trip of his departure date, intended location in Florida, and expected return date. ENDORSEMENT: So Ordered. (Signed by Judge Richard J. Sullivan on 3/26/08)(bw) (Entered: 03/27/2008) |
| 05/01/2008 | 14 | TRANSCRIPT of Proceedings as to Alex Lukov held on 3-24-08 before Judge Richard J. Sullivan. (sjo) (Entered: 05/01/2008) |
| 07/31/2008 | 15 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - CONSENT MOTION to Continue sentencing(LETTER). Document filed by Alex Lukov. (Hochheiser, Lawrence) Modified on 8/1/2008 (KA). (Entered: 07/31/2008) |
| 08/01/2008 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 15 as to Defendant(s) Alex Lukov: HAS BEEN REJECTED. Note to Attorney Lawrence Hochheiser : Other than letters filed under a cover marked Sentencing Memorandum, THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (KA) (Entered: 08/01/2008) |
| 08/08/2008 | 16 | ORDER as to Alex Lukov.... IT IS HEREBY ORDERED that the above-named defendant appear with counsel for sentence on Monday, 10/6/08, at 4:45pm in the U.S.D.C. for the S.D.N.Y., Courtroom 21 C for sentence. The Defendant's Pre sentence submissions shall be filed not later than 9/25/08. Government submissions shall be filed not later than 10/1/08. (Signed by Judge Richard J. Sullivan on 8/7/08)(bw) (Entered: 08/08/2008) |
| 09/23/2008 | 17 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - MOTION to Continue sentencing(LETTER). Document filed by Alex Lukov. (Hochheiser, Lawrence) Modified on 9/24/2008 (KA). (Entered: 09/23/2008) |
| 09/24/2008 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 17 as to Defendant(s) Alex Lukov: HAS BEEN REJECTED. Note to Attorney Lawrence Hochheiser : Other than letters filed under a cover marked Sentencing Memorandum, THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (KA) (Entered: 09/24/2008) |
| 10/02/2008 | 18 | ORDER: As to Alex Lukov. The Court is in receipt of defendant Alex Lukov's letter dated September 22, 2008, requesting a 45-day adjournment of his sentencing date, currently scheduled for October 6, 2008.The letter indicates that the Government consents to a 30-day extension. Defendant's request is granted to the extent that the Court will adjourn the sentencing for 30 days. Defendant's sentencing is hereby adjourned to November 6, 2008 at 4:30 p.m. in Courtroom 21C United States District Court, 500 Pearl Street, New York, New York. No further extensions will be granted. SO ORDERED. As to Alex Lukov( Sentencing set for 11/6/2008 at 4:30 PM before Judge Richard J. Sullivan.) (Signed by Judge Richard J. Sullivan on 9/24/2008)(D'Avanzo, Daniel) (Entered: 10/02/2008) |
| 10/28/2008 | 19 | ORDER: As to Alex Lukov. Before the Court is Defendants' letter, dated October 23, 2008, requesting a thirty-day adjournment of Defendant's sentencing date, which is currently scheduled for November 6, 2008 at 4:30 p.m. The letter indicates that the Government has not |

| | | |
|---|---|---|
| . | | consented to the request for adjournment. The Court has granted two previous requests by Defendant to adjourn the sentencing date. By Order dated August 7, 2008, the Court adjourned Defendant's sentencing date, from August 18, 2008, to October 6, 2008. By Order dated September 24, 2008, the Court again adjourned Defendant's sentencing date, from October 6, 2008, to November 6, 2008. Given that two previous extensions have been granted, the Court sees no reason to reconsider its endorsement on the September 24, 2008 Order that "no further extensions will be granted." It is HEREBY ORDERED that Defendant's request to adjourn the sentencing date for a third time is DENIED. Sentencing will proceed as scheduled on November 6, 2008 at 4:30 p.m. inCourtroom 21 C, United States District Court, 500 Pearl Street, New York, New York. SO ORDERED. (Signed by Judge Richard J. Sullivan on 10/ 28/ 2008)(D'Avanzo, Daniel) (Entered: 10/28/2008) |
| 11/06/2008 | | Minute Entry for proceedings held before Judge Richard J. Sullivan:Sentencing held on 11/6/2008 for Alex Lukov (1) Count 1s. (ja) (Entered: 11/21/2008) |
| 11/20/2008 | | DISMISSAL OF COUNTS on Government Motion as to Alex Lukov (1) Counts 1, 2, 2s-3s, 4s-5s, 6s-7s, and 8s. (ja) (Entered: 11/21/2008) |
| 11/20/2008 | 20 | FILED JUDGMENT IN A CRIMINAL CASE as to Alex Lukov (1), Count(s) 1, 2, 8s, 2s-3s, 4s-5s, 6s-7s, are dismissed on the motion of the U.S. The defendant Alex Lukov pleaded guilty to Count(s) 1s, Imprisonment: 20 months. The Court recommends to the Bureau of Prisons that the defendant's request to be designated to a facility in the Northeast region, specifically Otisville, due to family circumstances. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on 1/5/09, as notified by the U.S. Marshal. Supervised Release: 5 years. SA: $100.00. Restitution: $118,921.23. The determination of restitution for BNC Bank is deferred until 12/5/08. An Amended Judgment in a Criminal Case (AO245C) will be after such determination. The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. Sec. 3612(f). (Signed by Judge Richard J. Sullivan on 11/18/08)(ja) (Entered: 11/21/2008) |
| 11/20/2008 | | Judgment entered in money judgment book as #08,2143 as to Alex Lukov in the amount of $ 119,021.23. (jf). (Entered: 11/26/2008) |
| 12/03/2008 | 21 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - MOTION to Amend/Correct. Judgment(LETTER). Document filed by Alex Lukov. (Hochheiser, Lawrence) Modified on 12/5/2008 (KA). (Entered: 12/03/2008) |
| 12/03/2008 | | Payment of Fine from Alex Lukov in the amount of $100.00. Date Received: 12/3/08. (mn) (Entered: 12/03/2008) |
| 12/05/2008 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 21 as to Defendant(s) Alex Lukov: HAS BEEN REJECTED. Note to Attorney Lawrence Hochheiser : Other than letters filed under a cover marked Sentencing Memorandum, THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (KA) (Entered: 12/05/2008) |
| 12/18/2008 | 22 | AMENDED JUDGMENT: As to Alex Lukov (1), Original judgment filed 11/20/2008. The Court recommended the defendant be designated to a facility in the Northeast region, specifically Otisville. The court now makes the following recommendation to the Bureau of Prisons: The court notes the defendant's request to be designated to a facility close to Florida, specifically Pensacola, due to family circumstances. (Signed by Judge Richard J. Sullivan on 12/17/2008)(D'Avanzo, Daniel) (Entered: 12/18/2008) |
| 01/09/2009 | 23 | TRANSCRIPT of Proceedings as to Alex Lukov held on 11/06/08 before Judge Richard J. Sullivan. (ama) (Entered: 01/23/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/15/2011 11:26:31 | | | |
| PACER Login: | up0316 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cr-00850-RJS |
| Billable Pages: | 6 | Cost: | 0.48 |